# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:13-cr-00046-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSE M. BORRO, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's letter, which the Court construes as a motion seeking the early termination of a term of probation. [Doc. 2].

Defendant was sentenced to a five year term of probation by the United States District Court for the Middle District of Florida pursuant to that Judgment dated April 15, 2013. Jurisdiction over this matter was transferred to this Court by order of July 1, 2013. Therefore, this Court has jurisdiction over the question of whether termination of probation is warranted. 18 U.S.C. §§ 3564(c), 3605.

Early termination of probation is permissible if the Court concludes, after considering the relevant factors set out in 18 U.S.C. § 3562(c) regarding

the setting and modification of the conditions of probation, that early termination is warranted by the conduct of the defendant and the interests of justice.

The Defendant has served 47 months of the 60 month term of probation set out in the Judgment. The probation officer supervising the Defendant reports to the Court that the Defendant has done well on probation and therefore does not oppose the motion. Likewise, the Government has informed the Court that it does not oppose the motion.

Upon review of the Defendant's motion, and having considered the relevant factors, and considering the lack of opposition by the Government and the Defendant's supervising probation officers, the Court is satisfied that the early termination of the Defendant's probation is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3564(c).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 2] is **GRANTED**, and the Defendant's term of probation is hereby terminated.

**IT IS SO ORDERED.**

Signed: March 8, 2017

Martin Reidinger
United States District Judge